**Richard HUGHES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 42463.

Missouri Court of Appeals, Western District.

April 3, 1990.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed.  Rule 84.16(b).